3

George Rainey 1889801
Centralized Mail Distribution Center
3521 Woods Way
State Farm Va. 23160

This letter is to have Case 3:22-CV-00767-HEH dismissed I have attorney & filed this case with no money up front we will win not Spotsylvania Court good try it just did work Thank you, I don't no who ask you to file   George Rainey
& Appeals

County/City of Richmond ; Commonwealth of Virginia
The foregoing instrument was subscribed and sworn before me this 29 day of March, 2023
George Rainey
(Name of person seeking acknowledgement)

Notary Public
My Commission expires: 11-30-2026
Notary Reg. No. 7805121

I certify that the above Notary is not a party to this action
George Rainey