FILED: April 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6210
(3:22-cv-00767-HEH-MRC)
_____

GEORGE RAINEY

    Plaintiff - Appellant

v.

SPOTSYLVANIA CIRCUIT COURT

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk